353 A.2d 37
COMMONWEALTH of Pennsylvania
v.
James E. JONES, Appellant.

Supreme Court of Pennsylvania.
Submitted Jan. 16, 1976.
Decided March 17, 1976.

David L. Pollack, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Judgments of sentence affirmed.